```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF VERMONT
                                                    FILED
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2025 APR 23 PM 2: 15

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MARILYNN F. KNUTSEN f/k/a<br>MARILYNN C. FOGARTY, RAYMOND<br>E. KNUTSEN, RYAN T. FOGARTY,<br>BOMOSEEN VINEYARDS LLC,<br>PINE POND LLC,<br>CITIZENS BANK, N.A., and<br>FARM CREDIT EAST, ACA,<br>　　　　Defendants. | CASE NO. 2:24-CV-254 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff United States of America and Defendants Marilynn F. Knutsen f/k/a Marilynn C. Fogarty, Raymond E. Knutsen, Bomoseen Vineyards LLC and Pine Pond LLC, hereby STIPULATE AND AGREE to the DISMISSAL WITH PREJUDICE of this action, each party to bear its own costs and attorneys' fees. All other parties have been previously dismissed (Docs. 61, 62 and 67).

Dated at Washington, D.C., this 11th day of April, 2025

**PLAINTIFF UNITED STATES OF AMERICA**

By: */s/ Curtis C. Paul*
U.S. Department of Justice
Curtis C. Paul
Jeffrey N. Nunez
P.O. Box 55
Washington, D.C. 20044
Curtis.Paul@usdoj.gov
Jeffrey.N.Nunez@usdoj.gov

Dated at Burlington, Vermont, this _10th_ day of April, 2025

                                        MARILYNN KNUTSEN
                                        f/k/a Marilynn C. Fogarty, and
                                        RAYMOND KNUTSEN,

BY:   */s/ Stephen D. Ellis*
        *Paul Frank + Collins P.C.*
        Stephen D. Ellis, Esq.
        Carl "Ott" Lindstrom, Esq.
        PO Box 1307
        Burlington, VT 05402-1307
        802.658.2311
        sellis@pfclaw.com
        olindstrom@pfclaw.com

**APPROVED AND SO ORDERED** this 23rd day of April, 2025.

                                        /s/ Geoffrey W. Crawford
                                        United States District Judge